August 21, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

K.J. AND V.J. INDIVIDUALLY AND AS NEXT FRIENDS OF E.J., Appellants

NO. 14-10-01188-CV                          V.

USA WATER POLO, INC., CHRIS CULLEN, JASON PUYEAR, W.G., JR., AS NEXT FRIEND OF W.G., III, K.G. AND L.G. AS NEXT FRIENDS OF T.G., M.K. AND L.K. AS NEXT FRIENDS OF K.K., B.R.AND B.R. AS NEXT FRIENDS OF B.R., W.S. AS NEXT FRIEND OF P.S. AND J.S., Appellees

_____

This cause, an appeal from the judgment in favor of appellees, USA Water Polo, Inc., Chris Cullen, Jason Puyear, W.G., Jr. as Next Friend of W.G., III, K.G. and L.G. as Next Friends of T.G., M.K. and L.K. as Next Friends of K.K., BR. and B.R. as Next Friends of B.R., W.S. as Next Friend of P.S. and J.S., signed August 31, 2010, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants, K.J. and V.J. Individually and as Next Friends of E.J., to pay all costs in this appeal. We further order the decision certified below for observance.